IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ROBERT GLENDE and NIKKI GLENDE, § § § | |
| *Plaintiffs,* § § | CIVIL ACTION NO. 1:23-CV-00206 |
| VS. § § | JUDGE MICHAEL J. TRUNCALE |
| POLARIS INDUSTRIES INC., § § § | |
| *Defendant.* § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL

The Court has received the Parties' Joint Stipulation of Dismissal [Dkt. 36] filed in the above-styled matter. The Parties' stipulate to the dismissal of this action, in its entirety, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 15th day of April, 2025.**

Michael J. Truncale
United States District Judge